James I. Stang (CA State Bar #94435)
Kenneth H. Brown (CA Bar #100396)
Ilan D. Scharf (NY State Bar #4042107)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Phone: (310) 277-6910
Fax: (310) 201-0760
Email: jstang@pszjlaw.com
        kbrown@pszjlaw.com
        ischarf@pszjlaw.com

Attorneys to the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Roman Catholic Bishop of Great Falls, Montana, | ) |
| a Montana Religious Corporation Sole (Diocese of | ) Bankruptcy Case No. 17-60271-JDP |
| Great Falls - Billings), | ) |
| | ) |
| Debtor-in-Possession | ) |
| | ) |
| Official Committee of Unsecured Creditors | ) Adv. Proc. No. 17-00082-JDP |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Roman Catholic Bishop of Great Falls, Montana, a | ) |
| Montana Religious Corporation Sole; Mary Queen of | ) |
| Peace, Billings, Montana; Our Lady of Lourdes | ) |
| Parish, Great Falls, Montana, Holy Family Parish | ) |
| Great Falls Montana; St Barnard (Billings); St Patrick | ) |
| Co-Cathedral (Billings); St Joseph (Plentywood); | ) |
| Holy Spirit (Great Falls); St Mary (Livingston); St | ) |
| Pius X (Billings); St John the Evangelist Church | ) |
| (Baker); St Bernard Church (Charlie Creek); St | ) |
| Theresa (Lambert); Corpus Christi (Great Falls) and | ) |
| St Anthony Church (Culbertson) | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                               )
COUNTY OF SAN FRANCISCO        )

I, Oliver Carpio, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111.

On February 23, 2018, I caused to be served the following documents in the manner stated below:

- ***OFFICIAL COMMITTEE OF UNSECURED CREDITORS MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST AND SECOND CLAIMS FOR DECLARATORY RELIEF, AND NOTICE AND RIGHT TO OBJECT***

- ***OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE FIRST AND SECOND CLAIMS FOR DECLARATORY RELIEF***

- ***OFFICIAL COMMITTEE OF UNSECURED CREDITORS'REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT***

- ***OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document.  On **February 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☑ | (BY OVERNIGHT MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |

I declare under penalty of perjury, under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Executed on **February 23, 2018** at New York, New York.

_____
                    */s/ Oliver Carpio*
                    Legal Secretary

**CERTIFICATE OF SERVICE**

## 1.     SERVED VIA ECF

- JOHN L. AMSDEN     amsden@becklawyers.com, info@becklawyers.com;natalie@becklawyers.com

- BRUCE ALAN ANDERSON     brucea@eaidaho.com, baafiling@eaidaho.com

- MICHAEL G BLACK     blacklaw@blackfoot.net, mike@becklawyers.com;blacklaw.mt@gmail.com

- KENNETH H. BROWN     kbrown@pszjlaw.com, ocarpio@pszjlaw.com

- MAXON R. DAVIS     MAX.DAVIS@DHHTLAW.COM

- FORD ELSAESSER     ford@eaidaho.com, Katie@eaidaho.com

- GREGORY J HATLEY     greg.hatley@dhhtlaw.com

- JAMES STANG     jstang@pszjlaw.com

## 2.     OVERNIGHT MAIL

| U.S. Trustee Office of the U.S. Trustee Liberty Center, Suite 204 301 Central Ave Great Falls, MT  59401 | John L. Amsden, Esq Michael G. Black, Esq. Beck, Amsden & Stalpes, PLLC 1946 Stadium Drive, Suite 1 Bozeman, MT  59715 | Ford Elsaesser Bruce A. Anderson Elsaesser Anderson, CHTD. 320 East Neider Avenue, Ste 102 Coeur d'Alene, ID  83815 |
|---|---|---|