# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | ) Chapter 11 |
| Roman Catholic Bishop of Great Falls, Montana, a Montana Religious Corporation Sole (Diocese of Great Falls - Billings), | ) ) ) Bankruptcy Case No. 17-60271-JDP ) |
| Debtor-in-Possession | ) ) |
| Official Committee of Unsecured Creditors | ) ) ) Adv. Proc. No. 17-00082-JDP |
| Plaintiff, | ) ) |
| v. | ) ) |
| Roman Catholic Bishop of Great Falls, Montana, A Montana Religious Corporation Sole, Mary Queen of Peace, Billings, Montana; Our Lady of Lourdes Parish, Great Falls, Montana, Holy Family Parish Great Falls Montana, St Barnard (Billings); St Patrick Co-Cathedral (Billings); St Joseph (Plentywood); Holy Spirit (Great Falls); St Mary (Livingston); St Pius X (Billings); St John The Evangelist Church (Baker); St Bernard Church (Charlie Creek), St Theresa (Lambert); Corpus Christi (Great Falls) and St Anthony Church (Culbertson), | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER DISMISSING ADVERSARY PROCEEDING**

In the above-captioned adversary proceeding, the Plaintiff filed a Notice and Stipulation of Dismissal on January __, 2019, which was agreed-to by the Defendants. The Defendants filed Answers to the Plaintiff's Complaint. Federal Rule of Civil Procedure 41(a)(1)(A)(ii), applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, permits dismissal pursuant to a stipulation of dismissal signed by all parties who have appeared. Accordingly,

DOCS_NY:38555.1 18488/002

**IT IS ORDERED**, pursuant to the Notice and Stipulation of Dismissal filed on January 15, 2019, the above-captioned adversary proceeding is dismissed with prejudice.

Dated: January 17, 2019

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge